THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ora Williams,  Claimant, Appellant,
 v.
 SC Department of Corrections,
 Employer, and State Accident Fund, as Carrier, Respondents.
 
 
 

Appeal From Richland County
 Daniel F. Pieper, Circuit Court Judge
Unpublished Opinion No. 2008-UP-290
Submitted June 1, 2008  Filed June 4, 2008    
AFFIRMED

 
 
 
 Preston F. McDaniel and W. Ralph Garris, both of Columbia, for Appellant.
 Cynthia Burns Polk and Matthew C. Robertson, both of Columbia, for Respondent.
 
 
 

PER CURIAM:  Ora
 Williams appeals the circuit court's decision affirming the Appellate Panel of
 the Workers' Compensation Commission.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Brunson v. Am.
 Koyo Bearings, 367 S.C. 161, 623 S.E.2d 870, (Ct. App. 2005) (holding a single
 commissioner's findings of fact and law, if not appealed from, become the law
 of the case); Reese v. CCI Const. Co., 334 S.C. 600, 604, 514 S.E.2d
 144, 145 (Ct. App. 1999) ("[F]ailure to challenge ruling is abandonment of
 issue and precludes consideration on appeal; unchallenged ruling, right or
 wrong, is the law of the case and requires affirmance." (citation omitted)); Anderson
 v. S.C. Dept. of Highways and Public Transp., 322 S.C. 417, 420 n.1, 472
 S.E.2d 253, 255 n.1 (1996) ("[An] order would be affirmed under the two issue'
 rule if the plaintiff failed to appeal both grounds or if one of the grounds
 required affirmance."); Dropkin v. Beachwalk Villas Condo. Ass'n, Inc.,
 373 S.C. 360, 365, 644 S.E.2d 808, 811 (Ct. App. 2007) ("Under a second
 application of the two issue' rule, the appellate court will find it
 unnecessary to address all the grounds appealed where one requires affirmance.").
AFFIRMED.
HEARN,
 C.J., and SHORT, J., and KONDUROS, J., concur.

[1] We decide this case
 without oral argument pursuant to Rule 215, SCACR.